IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**LUKUS KEELING, on his own behalf and on behalf of all others similarly situated,**

**Plaintiff,**

v.

**ESURANCE INSURANCE COMPANY,**

**Defendant.**                                                                 No. 10-0835-DRH

## ORDER

**HERNDON, Chief Judge:**

On October 18, 2011, the Seventh Circuit Court of Appeals issued its Mandate in this case reversing this Court's decision granting plaintiff's motion to remand and remanding the case for a decision on the merits (Doc. 45). Thus, the Court **REOPENS** the case. Further, the Court **DIRECTS** Magistrate Judge Wilkerson to issue a new scheduling and discovery order.

**IT IS SO ORDERED.**

Signed this 21st day of October, 2011.

Digitally signed by David R. Herndon
Date: 2011.10.21 11:22:48 -05'00'

**Chief Judge**
**United States District Court**