IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

LUKUS KEELING, on his own behalf
and on behalf of all others similarly
situated,

Plaintiff,

v.

ESURANCE INSURANCE COMPANY,

Defendant.                                              No. 10-0835-DRH

## ORDER

**HERNDON, Chief Judge:**

On March 15, 2013, the parties filed a stipulated dismissal with prejudice (Doc. 104). Based on the stipulated dismissal, the Court **DISMISSES with prejudice** this cause of action with each party to bear their own costs. Further, the Court **DIRECTS** the Clerk of the Court to enter judgment reflecting the same.

**IT IS SO ORDERED.**

Signed this 18th day of March, 2013.

Digitally signed by
David R. Herndon
Date: 2013.03.18
16:26:46 -05'00'

Chief Judge
United States District Court