UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

**LUKUS KEELING,** *on his own behalf and*
*on behalf of all others similarly situated,*

    **Plaintiff,**

v.

**ESURANCE INSURANCE COMPANY,**

    **Defendant.**　　　　　　　　　　No. 10-cv-835-DRH

## JUDGMENT IN A CIVIL CASE

    **DECISION BY COURT.**　This matter is before the court for the purpose of docket control.

    **IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order dismissing case signed on March 18, 2013, 2013, this case is **DISMISSED** with prejudice.

                                    NANCY J. ROSENSTENGEL,
                                    CLERK OF COURT

                                    BY:　　 /s/*Sara Jennings*
                                           **Deputy Clerk**

Dated:　March 18, 2013

　　　　　　　　　　　　　　　　　Digitally signed by
　　　　　　　　　　　　　　　　　David R. Herndon
　　　　　　　　　　　　　　　　　Date: 2013.03.18
　　　　　　　　　　　　　　　　　16:30:18 -05'00'
APPROVED:
        CHIEF JUDGE
        U. S. DISTRICT COURT